No. 176. CRANE, DOING BUSINESS AS ASSOCIATED FRUIT DISTRIBUTORS OF CALIFORNIA, *v.* JOSEPH DENUNZIO FRUIT Co. ET AL. C. A. 9th Cir. Certiorari denied. *Benjamin W. Shipman* for petitioner. *Eli H. Brown, III* and *Charles B. Tachau* for the Joseph Denunzio Fruit Co., respondent.

No. 177. GAGE *v.* UNITED STATES. Court of Claims. Certiorari denied. *Edward S. Irons* and *Hamer H. Jamieson* for petitioner. *Acting Solicitor General Stern, Samuel D. Slade* and *Herman Marcuse* for the United States.

No. 180. PIGNATARO *v.* WATERMAN STEAMSHIP CORP. ET AL. C. A. 2d Cir. Certiorari denied. *Philip F. Di Costanza* and *Jacob Rassner* for petitioner. *Charles H. Lawson* for Waterman Steamship Corp., respondent.

No. 183. SANDERS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Charles E. Dierker* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Vincent A. Kleinfeld* for the United States.

No. 186. ROBISON *v.* ROBISON. Supreme Court of New Jersey. Certiorari denied. *Theodore D. Parsons* for petitioner. *Paul M. Strack* for respondent.

No. 189. HARRIS *v.* HARRIS. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Orille C. Gaudette* for petitioner.